UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-2(2) JNE/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| DERRICK JOHN HUSHMAN, ) | |
| ) | |
| Defendant. ) | |

Derrick John Hushman has moved, pursuant to 18 U.S.C. § 3582(c), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. It is hereby ORDERED that Mr. Hushman's motion is granted. His sentence is amended to seventy-eight (78) months.

Date:  September 26, 2008

s/ Joan N. Ericksen
Judge Joan N. Ericksen
United States District Court
District of Minnesota